IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 3:25mj307-HTC

**Tre'Veonce Ezekiel Sanders**

_____/

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jessica Keel, being duly sworn, depose and state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI), assigned to the Pensacola, Florida Office of the Resident Agent in Charge (RAC). I have been so employed since 2024. I am a graduate of the Homeland Security Investigations Special Agent Training Academy. As part of my daily duties as a Special Agent, I investigate criminal violations relating to or assisted in investigations involving the smuggling of firearms, unlawful possession of firearms, as well as narcotics investigations. Prior to my tenure as a Special Agent, I was employed with the Okaloosa County Sheriff's Office for over 10 years, where I worked as a sworn law enforcement officer. Since 2018, I was assigned as a Criminal Investigator where I conducted criminal investigations involving crimes against persons and property.

2. The statements contained in this affidavit are based on my experience, training, and background as a Special Agent, as well as the statements of other law

1



enforcement personnel. I have set forth the facts that I believe are necessary to establish probable cause to believe that **Tre'Veonce Ezekiel SANDERS** has violated Title 18 U.S.C. § 922(a)(4) (Transportation of a machinegun), Title 18 U.S.C. § 922(o) (Possession of a machinegun), and Title 21 U.S.C. § 841 (Possession with intent to distribute a controlled substance). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

3. On or about July 24, 2025, United Parcel Service (UPS) presented a one-piece shipment from China inbound to Pensacola, Florida. This parcel arrived at the UPS Hub in Louisville, Kentucky. On August 11, 2025, United States Customs and Border Protection (CBP) Officers were conducting INBOUND inspections at the UPS Hub in Louisville, Kentucky. CBP Officers observed a package, described as a rectangular box, "Build and Play, Metal Construction Kit" coming INBOUND to the United States labeled from SHANDONG SHY CLOUD TECH CO, NO 2 BUILDING A 289 HUAXU, QINGPU, 201705 CHINA(MAINLAND). CBP Officers conducted an inspection of the package addressed to consignee, "Tre Sanders," 18503160502, 3300 N. Roosevelt Street, Pensacola, Florida 32503. The inspection resulted in the discovery of a package containing metal contents to build a small-scale metal tractor with one (1) Machinegun Conversion Device (MCD) concealed within the contents of the package. The manifest of the SUBJECT PARCEL labeled it as a

2

"Toy Car Parts" in further efforts to elude law enforcement detection of the contents of the package.

4. Upon inspection of the MCD found within the package mixed in the hardware to build the small-scale metal tractor, there were three components that, when assembled, made the MCD.

5. The recipient of the package, "Tre Sanders" was identified as the Defendant, TRE'VEONCE EZEKIEL SANDERS. SANDERS reported the address, 3300 N. Roosevelt Street, Pensacola, Florida 32503, to law enforcement in March 2025. The phone number listed on the package, 18503160502, was also reported to law enforcement by SANDERS in March 2025.

6. On or about August 20, 2025, Special Agents with Homeland Security Investigations (HSI) with the assistance from the Alcohol Tobacco and Firearms (ATF), United States Postal Inspector (USPI), United States Marshal Service (USMS), Florida Highway Patrol (FHP), Federal Department of Law Enforcement (FDLE) and the Escambia County Sheriff's Office (ECSO) executed a controlled delivery of the seized package.

7. The package was installed with a device inside that would alert law enforcement when the package has been opened as well as a GPS locating device. The original components of the MCD were not included in the package. Your Affiant obtained a federal search warrant granting the authority to enter the residence and

search therein upon the recipient accepting the package, taking it inside the residence, and opening the package, triggering the device and notifying law enforcement the package had been opened.

8. At approximately 1023 hours, a law enforcement officer posing as a United States Postal Service member delivered the package to the front steps of the aforementioned residence. At approximately 1148 hours, a black male exited the front door of the residence and retrieved the package from the front porch before walking back inside the house. At approximately 1155 hours, the device placed inside the package by law enforcement was triggered to alert Special Agents that the package had been opened. A few moments later, a black male with dreadlocks, later identified as SANDERS, walked outside holding some boxes in both of his hands.

9. Special Agents executed the search warrant for the residence. As the Florida Highway Patrol approached the residence, SANDERS ran towards the road, threw a few boxes inside a trash can, and then ran to the south side of the front yard before complying with verbal commands and surrendering to law enforcement.

10. Bedroom H was identified as SANDERS' bedroom. A Florida driver's license in the name, Tre'Veonce Ezekiel Sanders, was observed on the dresser, as well as bank cards in SANDERS' name.

11. During the search of SANDERS' room, the following items were located:

-The package delivered by law enforcement containing the triggering device was opened and the metal tractor components removed from inside the box. The GPS device was also removed from the box.

-A tan Glock 19 x 9mm bearing serial number, BSPS772, which was modified and installed with a blue MCD. The firearm was loaded and fully functional.

-One (1) Automatic Sear fitted for placement into an AR-15 rifle.

-One (1) additional MCD, broken.

-A total of Approximately 210 grams of suspected marijuana, separated into numerous plastic bags. (And also some from the front yard area where SANDERS ran to before surrendering to law enforcement)

-A digital scale, located next to the marijuana.

-Approximately $5,914 was observed next to the suspected marijuana and the digital scale.

-Various brands of ammunition of various calibers were observed inside SANDERS' closet.

12.  SANDERS was provided with his Miranda warning and did not wish to answer questions without a lawyer present.

## CONCLUSION

Based on the above stated facts and circumstances, I believe probable cause exists that **Tre'Veonce Ezekiel SANDERS** has violated Title 18 U.S.C. § 922(a)(4)

(Transportation of a machinegun), Title 18 U.S.C. § 922(o) (Possession of a machinegun), and Title 21 U.S.C. § 841 (Possession with intent to distribute a controlled substance).

Respectfully submitted,

**JESSICA M KEEL** Digitally signed by JESSICA M KEEL
Date: 2025.08.21 11:38:54 -05'00'

Jessica Keel
Special Agent
Homeland Security Investigations

Telephonically subscribed and sworn to before me on this 21st day of August 2025, in Pensacola, Florida.

Hope Thai Cannon
United States Magistrate Judge